UNITED STATES DISTCICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Robert Creel | § | CIVIL ACTION NO. |
| | § | |
| *Plaintiff,* | § | |
| | § | SECTION: |
| v. | § | |
| | § | |
| Signet Maritime Corporation | § | DIVISION: |
| | § | |
| *Defendant.* | | |

## COMPLAINT FOR DAMAGES

COMES NOW, Robert Creel (hereinafter "Plaintiff"), complaining of Signet Maritime Corporation ("Signet"), and for cause of action would respectfully show the Court that:

### I.

### Jurisdiction

1. This Court has jurisdiction under the Savings to Suitors clause. 28 U.S.C. §1333. Plaintiff brings his claims pursuant to the Jones Act, 46 U.S.C. §30104, et seq, the general maritime law of the United States, and all other laws of the Unites States and the State of Louisiana which may be applicable.

### II.

### Venue

2. The claims asserted arise under the Jones Act, 46 U.S.C. §30104, et seq, the general maritime law of the United States, and all other laws of the Unites States and the State of Louisiana. This Court has jurisdiction and venue is proper because Defendant Signet does business within the jurisdiction of the Court.

### III.

### Parties

3. Plaintiff is an American seaman and is a resident of Louisiana.

4. Defendant Signet Maritime Corporation is a Delaware corporation business in the State of Louisiana that may be served through its registered agent CT Corporation System, 3867 Plaza Tower Dr., Baton Rouge, LA 70816.

### IV.

### Facts

5. On or about March 2, 2022, Plaintiff was employed as a Jones Act seaman by Signet aboard the VOLUNTEER, a vessel owned and/or operated and/or chartered by Signet. At the time of the incident, Plaintiff was assigned to the VOLUNTEER as a Captain while that vessel was deployed over navigable waters at or near Corpus Christi, Texas. Moreover, Plaintiff aided in the function and mission of that vessel. On the date in question, while working aboard the VOLUNTEER, Plaintiff was injured while disembarking the said vessel at the SMCI dock facility in Ingleside, Texas. Plaintiff had to steady himself by leaning on the vessel while stepping to the dock. There was an approximate 3-foot differential in height between the vessel and the dock. Plaintiff sustained severe and lasting injuries in his left shoulder, cervical spine, and other parts of his body as a result of this incident.

### V.

### Causes Of Action

6. Plaintiff sustained injuries because of Defendant's negligence, negligence per se, and gross negligence due to its:

    a. failure to provide Plaintiff with a safe place to work;

      b.      failure to provide Plaintiff with adequate equipment, including a gangway, to perform his job;

      c.      failure to properly plan the job;

      d.      failure to maintain the vessel and her appurtenances;

      e.      other negligent acts and/or omissions to be shown at the trial of this matter.

7. At all relevant times, the VOLUNTEER was unseaworthy.

## VI.

## Damages

8. As a result of said occurrence, Plaintiff suffered a severe injury to his left shoulder, and cervical spine. Plaintiff sustained severe injuries to his body, which resulted in physical pain, mental anguish, and other medical problems. Plaintiff has sustained severe pain, physical impairment, discomfort, mental anguish, and distress. In all reasonable probability, Plaintiff's physical pain, physical impairment and mental anguish will continue indefinitely. Plaintiff has also suffered a loss of earnings in the past, as well as a loss of future earning capacity. Plaintiff has incurred and will incur pharmaceutical and medical expenses in connection with his injuries. Plaintiff is entitled to maintenance and cure until he reached maximum medical improvement, which at present he has not. Plaintiff has been damaged in a sum far in excess of the minimum jurisdictional limits of this Honorable Court, for which he now sues.

9. Plaintiff is also entitled to punitive damages because the aforementioned actions of Defendant were grossly negligent. Defendant acted with flagrant and malicious disregard for Plaintiff's health and safety. Defendant was subjectively aware of the extreme risk posed by the conditions which caused Plaintiff's injury, but did nothing to rectify them. Defendant did so knowing that the conditions posed dangerous and grave safety concerns. Defendant's acts and omissions involved an extreme degree of risk considering the probability and magnitude of

potential harm to Plaintiff and others. Defendant had actual, subjective awareness of the risk, and consciously disregarded such risk by allowing Plaintiff to work under such dangerous conditions.

10. In addition, Defendant is liable for punitive damages for the willful and arbitrary failure to pay maintenance and cure. Maintenance and cure is an automatic right of seaman. Upon information and belief, Defendant Signet has failed to meet this obligation and that failure justifies the imposition of punitive damages.

## VII.

## Prayer

11. For these reasons Plaintiff asks that Defendant be cited to appear and answer, and that Plaintiff have judgment against Defendant for the following:

 a. Past and future loss of earnings or wage earning capacity;

 b. Past and future disfigurement;

 d. Past and future loss of enjoyment of life;

 e. Past and future pain and suffering and mental anguish;

 f. Past and future maintenance and cure;

 g. Punitive damages for gross negligence and failure to pay maintenance and cure;

 h. Pre and post-judgment) in accordance with law;

 i. All applicable recoverable Court costs;

 j. Such other and further relief as the Court may deem just and proper.

Respectfully submitted,

/s/ Kristi A. Post
Lawrence Blake Jones (La. Bar. #7495)
David C. Whitmore (La. Bar #17864)
Kristi A. Post (La. Bar #17752) – T.A.
BLAKE JONES LAW FIRM, LLC
701 Poydras Street, Suite 4100
New Orleans, Louisiana 70139
Telephone: (504) 525-4361
Facsimile: (504) 525-4380
E-mail: kpost@nola-law.com
*Attorneys for Robert Creel*

**PLEASE SERVE:**

**Signet Maritime Corporation**
**Through their registered agent for service of process:**
**CT Corporation System**
**3867 Plaza Tower Dr.**
**Baton Rouge, LA  70816**