UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT CREEL                                    CIVIL ACTION

VERSUS                                          NO. 24-2842

SIGNET MARITIME CORPORATION                     SECTION M (5)

**<u>ORDER</u>**

Considering the unopposed motion of plaintiff Robert Creel to continue trial (R. Doc. 10),

IT IS ORDERED that the motion is GRANTED, and the trial and pretrial conference are continued.

The case manager will hold a telephone scheduling conference on November 19, 2025, at 1:30 p.m., to select new dates for the trial and the pretrial conference. All parties are to call into the conference at (833) 990-9400, Access Code: 281438922. With respect to other deadlines set forth in the scheduling order, only those deadlines that have not yet passed will be reset.

New Orleans, Louisiana, this 27th day of October, 2025.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE